UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: § | |
| § | |
| Thomas J Hallberg § | Case No. 14-39002 |
| § | |
| Debtor § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/28/2014 . The undersigned trustee was appointed on 10/28/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 26,328.53 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 30.49 |
| Bank service fees | | 1,195.52 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 25,102.52 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  11/13/2015  and the deadline for filing governmental claims was  11/13/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,382.85 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 3,382.85 , for a total compensation of $ 3,382.85 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 57.75 , for total expenses of $ 57.75 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/16/2019                 By:/s/Cindy M. Johnson, Trustee
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-39002 | PSH | Judge: | Pamela S. Hollis | | Trustee Name: | Cindy M. Johnson, Trustee |
|---|---|---|---|---|---|---|---|
| Case Name: | Thomas J Hallberg | | | | | Date Filed (f) or Converted (c): | 10/28/2014 (f) |
| | | | | | | 341(a) Meeting Date: | 11/19/2014 |
| For Period Ending: | 04/16/2019 | | | | | Claims Bar Date: | 11/13/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Personal Residence At 5743 Rosinweed Lane, Naperville, I | Unknown | 0.00 | | 0.00 | FA |
| 2. Residential Real Property Located At 904 7Th Street, Charles | 55,000.00 | 0.00 | | 0.00 | FA |
| 3. Residential Real Property Located At 936 4Th Street, Charles | 60,000.00 | 0.00 | | 0.00 | FA |
| 4. Residential Real Property Located At 503 Harrison Street, Ch | 60,000.00 | 0.00 | | 0.00 | FA |
| 5. Residential Real Property Located At 1408 11Th St, Charl | 50,000.00 | 0.00 | | 0.00 | FA |
| 6. Residential Real Property Located At 1024 6Th St., Charl | 115,000.00 | 0.00 | | 0.00 | FA |
| 7. Residential Real Property Located At 1027 6Th St, Charle | 100,000.00 | 0.00 | | 0.00 | FA |
| 8. Residential Real Property Located At 1617 10Th St, Charl | 120,000.00 | 0.00 | | 0.00 | FA |
| 9. Residential Real Property Located At 1901 11Th St., Char | 95,000.00 | 0.00 | | 0.00 | FA |
| 10. Residential Real Property Located At 1907-1909 11Th Stre | 100,000.00 | 0.00 | | 0.00 | FA |
| 11. Residential Real Property Located At 1719-1721 10Th Stre | 97,500.00 | 0.00 | | 0.00 | FA |
| 12. Residential Real Property Located At 11 Orchard Dr. Charlest | 85,000.00 | 0.00 | | 0.00 | FA |
| 13. Residential Real Property Located At 1810 12Th Street, | 100,000.00 | 0.00 | | 0.00 | FA |
| 14. Residential Real Property Located At 1812 12Th Street, | 100,000.00 | 0.00 | | 0.00 | FA |
| 15. Cash On Hand Location: In Debtor's Possession | 20.00 | 0.00 | | 0.00 | FA |
| 16. Business Checking Account At Chase Bamk Thomas J. Hallberg L | 750.00 | 0.00 | | 0.00 | FA |
| 17. Business Checking Account At Chase Bank Hallberg Rentals Llc | 1,000.00 | 0.00 | | 0.00 | FA |
| 18. Savings Account At Chase Bank Hallberg Rentals, Llc Location | 100.00 | 0.00 | | 0.00 | FA |
| 19. Savings Account At Chase Bank Thomas J. Hallberg Location: I | 209.00 | 0.00 | | 0.00 | FA |
| 20. Misc. Household Goods, Furnishings, And Electronics Location | 750.00 | 0.00 | | 0.00 | FA |
| 21. Necessary Wearing Apperal Location: In Debtor's Possession | 450.00 | 0.00 | | 0.00 | FA |
| 22. Wedding Band Location: In Debtor's Possession | 50.00 | 0.00 | | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 14-39002 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Cindy M. Johnson, Trustee |
| Case Name: | Thomas J Hallberg | | | | Date Filed (f) or Converted (c): | 10/28/2014 (f) |
| | | | | | 341(a) Meeting Date: | 11/19/2014 |
| For Period Ending: | 04/16/2019 | | | | Claims Bar Date: | 11/13/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23. 3 Guns Location: In Debtor's Possession | 300.00 | 0.00 | | 0.00 | FA |
| 24. Multiple Whole Life And Term Life Insurance Policies Issed B | 36,600.09 | 1,328.53 | | 1,328.53 | FA |
| 25. Sep Account With American Funds Location: In Debtor's Posses | 22,000.00 | 0.00 | | 0.00 | FA |
| 26. 100% Ownership Of Thomas J. Hallberg, Jr. Allstate Insurance | 400,000.00 | 25,000.00 | | 25,000.00 | FA |
| 27. 100% Ownership Of Hallberg Rentals, Llc, An Illinois Limited | 100.00 | 0.00 | | 0.00 | FA |
| 28. 2008 Toyota Sequoia With 76,000 Miles In Fair Condition Loca | 22,500.00 | 0.00 | | 0.00 | FA |
| 29. 2006 Regal 2000 Lsr And 2006 Trgal Trailmaster Trailer Locat | 22,000.00 | 20,000.00 | | 0.00 | FA |
| INT. Void (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $1,644,329.09        $46,328.53        $26,328.53        $0.00

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee's settlement with the debtor for value of his Allstate insurance agency, and with the bank regarding their alleged lien on commissions approved by court order 12/4/15 (doc. 111)--payments under settlement are complete. Trustee has received turnover of non-exempt life insurance cash value assets.

RE PROP #        26  --   Dispute with purported secured creditor as to whether this asset was encumbered by creditor's lien.  Global settlement, with debtor buying out the estate's interest for $25,000.00 (approved doc. no. 111)

Initial Projected Date of Final Report (TFR): 04/13/2017        Current Projected Date of Final Report (TFR): 01/31/2019

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 14-39002 | Trustee Name: | Cindy M. Johnson, Trustee | |
| Case Name: | Thomas J Hallberg | Bank Name: | BOK Financial | |
| | | Account Number/CD#: | XXXXXX0110 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX6077 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 04/16/2019 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/22/16 | 26 | First Personal Bank | Buy out interest in the estate Debtor buyout as part of settlement approved between debtor, trustee, and First Personal Bank reported on bank statements as received on 12/29/16 | 1129-000 | $7,421.80 | | $7,421.80 |
| 01/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.28 | $7,410.52 |
| 02/13/16 | 26 | First Personal Bank | Buy out interest in the estate Debtor buyout as part of settlement approved between debtor, trustee, and First Personal Bank reported on bank statements as received on 12/29/16 | 1129-000 | $1,484.36 | | $8,894.88 |
| 02/18/16 | 101 | Adams Levine 370 Lexington Ave. Suite 1101 New York, NY 10017 | 2016 Blanket Bond Reversal Check Voided due to miscalculation of premium amount | 2300-000 | | ($4.29) | $8,899.17 |
| 02/18/16 | 101 | Adams Levine 370 Lexington Ave. Suite 1101 New York, NY 10017 | 2016 Blanket Bond | 2300-000 | | $4.29 | $8,894.88 |
| 02/18/16 | 102 | Adams Levine 370 Lexington Ave. Suite 1101 New York, NY 10017 | 2016 Blanket Bond | 2300-000 | | $4.85 | $8,890.03 |
| 02/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.61 | $8,877.42 |
| 03/04/16 | 26 | First Persnal Bank | Buy out interest in the estate Debtor buyout as part of settlement approved between debtor, trustee, and First Personal Bank reported on bank statements as received on 02/26/16 | 1129-000 | $1,484.36 | | $10,361.78 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*   Page Subtotals:   $10,390.52   $28.74

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 14-39002  
Case Name: Thomas J Hallberg  
Taxpayer ID No: XX-XXX6077  
For Period Ending: 04/16/2019  

Trustee Name: Cindy M. Johnson, Trustee  
Bank Name: BOK Financial  
Account Number/CD#: XXXXXX0110  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.64 | $10,346.14 |
| 04/28/16 | 26 | First Personal Bank | Buy out interest in the estate Debtor buyout as part of settlement approved between debtor, trustee, and First Personal Bank reported on bank statements as received on 03/28/16 | 1129-000 | $1,484.36 | | $11,830.50 |
| 04/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.32 | $11,813.18 |
| 05/31/16 | 26 | First Personal Bank | Buy out interest in the estate Debtor buyout as part of settlement approved between debtor, trustee, and First Personal Bank reported on bank statements as received on 05/26/16 | 1129-000 | $1,484.36 | | $13,297.54 |
| 05/31/16 | 26 | First Personal Bank | Buy out interest in the estate Debtor buyout as part of settlement approved between debtor, trustee, and First Personal Bank reported on bank statements as received on 04/26/16 | 1129-000 | $1,484.36 | | $14,781.90 |
| 05/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.13 | $14,761.77 |
| 06/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.45 | $14,740.32 |
| 07/01/16 | 26 | First Personal Bank | Buy out interest in the estate Debtor buyout as part of settlement approved between debtor, trustee, and First Personal Bank reported on bank statements as received on 06/27/16 | 1129-000 | $1,484.36 | | $16,224.68 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*  

Page Subtotals: $5,937.44   $74.54

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 14-39002 | Trustee Name: | Cindy M. Johnson, Trustee |
| Case Name: | Thomas J Hallberg | Bank Name: | BOK Financial |
| | | Account Number/CD#: | XXXXXX0110 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX6077 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/16/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.54 | $16,200.14 |
| 08/17/16 | 26 | First Personal Bank Orland Park, Illinnois | Settlement Debtor buyout as part of settlement approved between debtor, trustee, and First Personal Bank -- notice of wire received in the mail on 7/30/16 | 1129-000 | $1,484.36 | | $17,684.50 |
| 08/29/16 | 26 | First Personal Bank Orland Park, Illinois | Settlement Debtor buyout as part of settlement approved between debtor, trustee, and First Personal Bank -- notice of wire received in the mail on 8/25/16 | 1129-000 | $1,484.36 | | $19,168.86 |
| 08/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.13 | $19,141.73 |
| 09/27/16 | 26 | First Personal Bank Orland park, IL | Settlement Debtor buyout as part of settlement approved between debtor, trustee, and First Personal Bank -- notice of wire received in the mail on 9/21/16 | 1129-000 | $1,484.36 | | $20,626.09 |
| 09/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.16 | $20,597.93 |
| 10/31/16 | 26 | First Personal Bank | Settlement Debtor buyout as part of settlement approved between debtor, trustee, and First Personal Bank -- notice of wire received in the mail on 10/20/2016 | 1129-000 | $1,484.36 | | $22,082.29 |
| 10/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.38 | $22,050.91 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*    Page Subtotals:    $5,937.44    $111.21

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 14-39002  
Case Name: Thomas J Hallberg  
Taxpayer ID No: XX-XXX6077  
For Period Ending: 04/16/2019  

Trustee Name: Cindy M. Johnson, Trustee  
Bank Name: BOK Financial  
Account Number/CD#: XXXXXX0110  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/28/16 | 26 | First Personal Bank | Settlement Debtor buyout as part of settlement approved between debtor, trustee, and First Personal Bank -- notice of wire received in the mail on 11/28/2016 | 1129-000 | $1,484.36 | | $23,535.27 |
| 11/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.62 | $23,502.65 |
| 12/30/16 | 26 | First Personal Bank | Settlement Debtor buyout as part of settlement approved between debtor, trustee, and First Personal Bank -- notice of wire received in the mail on 12/27/16 | 1129-000 | $1,250.24 | | $24,752.89 |
| 12/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.61 | $24,717.28 |
| 01/31/17 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.73 | $24,680.55 |
| 02/21/17 | 103 | International Sureties, Ltd. Suite 420 701 Poydras St. New Orleans, LA 70139 | 2017 Blanket Bond | 2300-000 | | $7.72 | $24,672.83 |
| 02/28/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.13 | $24,639.70 |
| 03/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.62 | $24,603.08 |
| 04/28/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.38 | $24,567.70 |
| 05/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.51 | $24,531.19 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*          Page Subtotals:          $2,734.60          $254.32

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 14-39002 | Trustee Name: | Cindy M. Johnson, Trustee |
|---|---|---|---|
| Case Name: | Thomas J Hallberg | Bank Name: | BOK Financial |
| | | Account Number/CD#: | XXXXXX0110 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX6077 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/16/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/30/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.28 | $24,495.91 |
| 07/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.40 | $24,459.51 |
| 08/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.35 | $24,423.16 |
| 09/29/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.12 | $24,388.04 |
| 10/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.24 | $24,351.80 |
| 11/30/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.02 | $24,316.78 |
| 12/29/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.14 | $24,280.64 |
| 01/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.08 | $24,244.56 |
| 02/15/18 | 104 | International Sureties, LTD Suite 420 701 Poydras St New Orleans, LA 70139 | 2018 Blanket Bond | 2300-000 | | $8.80 | $24,235.76 |
| 02/28/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.54 | $24,203.22 |
| 03/30/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.97 | $24,167.25 |
| 04/30/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.76 | $24,132.49 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*                Page Subtotals:                $0.00        $398.70

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No.: 14-39002 | Trustee Name: Cindy M. Johnson, Trustee |
| Case Name: Thomas J Hallberg | Bank Name: BOK Financial |
| | Account Number/CD#: XXXXXX0110 |
| | Checking |
| Taxpayer ID No: XX-XXX6077 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/16/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.86 | $24,096.63 |
| 06/29/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.65 | $24,061.98 |
| 07/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.76 | $24,026.22 |
| 08/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.71 | $23,990.51 |
| 09/28/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.50 | $23,956.01 |
| 10/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.60 | $23,920.41 |
| 11/30/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $34.40 | $23,886.01 |
| 12/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.50 | $23,850.51 |
| 01/31/19 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.44 | $23,815.07 |
| 02/18/19 | 105 | International Sureties, LTD Suite 420 701 Poydras St New Orleans, LA 70139 | Payment of 2019 Bond | 2300-000 | | $9.12 | $23,805.95 |
| 02/26/19 | 24 | Hallberg Rentals, LLC 1977 Water Chase Dr New Lenox, IL 60451 | Life Insurance Surrender Cash value life insurance turnover | 1129-000 | $1,328.53 | | $25,134.48 |
| 02/28/19 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.96 | $25,102.52 |

| | | | | | |
|---|---|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) (Page: 10) | | Page Subtotals: | | $1,328.53 | $358.50 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $26,328.53 | $1,226.01 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $26,328.53 | $1,226.01 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $26,328.53 | $1,226.01 |

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0110 - Checking | $26,328.53 | $1,226.01 | $25,102.52 |
| | $26,328.53 | $1,226.01 | $25,102.52 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $26,328.53 |
| Total Gross Receipts: | $26,328.53 |

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 14-39002  
Debtor Name: Thomas J Hallberg  
Claims Bar Date: 11/13/2015  

Date: April 16, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Administrative | | $0.00 | $3,382.85 | $3,382.85 |
| 100 2200 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Administrative | | $0.00 | $57.75 | $57.75 |
| 100 3110 | Johnson Legal Group, LLC<br>140 S. Dearborn Street<br>Suite 1510<br>Chicago, Illinois 60603 | Administrative | | $0.00 | $7,900.00 | $7,900.00 |
| 100 3120 | Johnson Legal Group, LLC<br>140 S. Dearborn Street<br>Suite 1510<br>Chicago, Illinois 60603 | Administrative | | $0.00 | $16.63 | $16.63 |
| 2 300 7100 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $5,304.00 | $5,287.79 | $5,287.79 |
| 3 300 7100 | North Shore Bank<br>15700 W Bluemound Road<br>Brookfield Wi 53005 | Unsecured | | $0.00 | $12,030.97 | $12,030.97 |
| 4 300 7100 | Thomas Hallberg, Sr.<br>13366 La Hinch Drive<br>Orland Park, Il 60462 | Unsecured | | $0.00 | $73,000.00 | $73,000.00 |
| 1 400 4210 | First Personal Bank<br>Ashen\|Faulkner<br>217 N. Jefferson St. Ste. 601<br>Chicago, Il 60661 | Secured | Claim disallowed pursuant to court order of 12/4/15 - doc. 111 | $632,000.00 | $637,415.07 | $0.00 |
| | Case Totals | | | $637,304.00 | $739,091.06 | $101,675.99 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-39002
Case Name: Thomas J Hallberg
Trustee Name: Cindy M. Johnson, Trustee

Balance on hand $ 25,102.52

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | First Personal Bank | $ 637,415.07 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 25,102.52

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Cindy M. Johnson | $ 3,382.85 | $ 0.00 | $ 3,382.85 |
| Trustee Expenses: Cindy M. Johnson | $ 57.75 | $ 0.00 | $ 57.75 |
| Attorney for Trustee Fees: Johnson Legal Group, LLC | $ 7,900.00 | $ 0.00 | $ 7,900.00 |
| Attorney for Trustee Expenses: Johnson Legal Group, LLC | $ 16.63 | $ 0.00 | $ 16.63 |

Total to be paid for chapter 7 administrative expenses $ 11,357.23

Remaining Balance $ 13,745.29

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 90,318.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.2 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Capital One Bank (Usa), N.A. | $ 5,287.79 | $ 0.00 | $ 804.73 |
| 3 | North Shore Bank | $ 12,030.97 | $ 0.00 | $ 1,830.95 |
| 4 | Thomas Hallberg, Sr. | $ 73,000.00 | $ 0.00 | $ 11,109.61 |

    Total to be paid to timely general unsecured creditors    $ 13,745.29

    Remaining Balance    $ 0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE