**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE ) | Chapter 7 | |
| ) | | |
| Thomas J Hallberg, ) | CASE NO. 14-39002 | |
| ) | | |
| Debtor(s). ) | Hon. Pamela S. Hollis | |

**CERTIFICATE OF SERVICE**

      I, Cindy M. Johnson, an attorney, certify that I served true and correct copies of the Notice of Final Report to the debtor(s), the debtor(s) attorney, all parties in interest, and all creditors (listed on the below service list) via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 140 S. Dearborn Street, Chicago, Illinois at or before 5:00 p.m. on April 17, 2019.

Cindy M. Johnson                                                    /s/ Cindy M. Johnson
Chpater 7 Trustee
140 S. Dearborn St., Suite 1510
Chicago, IL 60603
312-345-1306

**SERVICE LIST**

**Electronic Mail Notice List**

following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Deborah S Ashen     dsa@ashenlaw.com
- Kenneth W Bach     kennethb@johnsonblumberg.com, bkecfnotices@johnsonblumberg.com
- Kinnera Bhoopal     kinnera.bhoopal@mccalla.com
- Christopher M Brown     northerndistrict@atty-pierce.com, Christopher.brown@pierceservices.com
- Heather M Giannino     bankruptcy@hsbattys.com, bk4hsbm@gmail.com
- Cindy M. Johnson     cjohnson@jnlegal.net, KLindsey@jnlegal.net
- Cindy M. Johnson     cmjtrustee@jnlegal.net, cjohnson@ecf.axosfs.com
- Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
- Brenda Ann Likavec     ND-One@il.cslegal.com
- Andrew J Nelson     anelson@atty-pierce.com, northerndistrict@atty-pierce.com
- Eric E Newman     ericnewman3@gmail.com
- Mark D. Roth     markdroth@gmail.com
- James Schelli     jschelli@wslaw1.com

- Christopher J Stasko    ND-Four@il.cslegal.com
- Rachael A Stokas    ND-Two@il.cslegal.com
- Gloria C Tsotsos    nd-two@il.cslegal.com
- Marc Wagman    bknotices@potestivolaw.com, mwagman@potestivolaw.com

**Manual Notice List  (and see attached service list)**

No manual notices listed on CM/ECF – see attached service list

# SERVICE LIST

| | | |
|---|---|---|
| Thomas J Hallberg<br>1977 Water Chase Drive<br>New Lenox IL 60451-4819 | Ally Financial<br>200 Renaissance Ctr<br>Detroit MI 48243-1300 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Chase MasterCard<br>P O Box 15651<br>Wilmington DE 19886-0001 | David R Fines<br>402 East Market Street<br>Taylorville IL 62568-2629 | First Personal Bank<br>14701 S Ravinia Ave<br>Orland Park IL 60462-3100 |
| First Personal Bank<br>Law Offices of Deborah S. Ashen, Ltd.<br>217 N. Jefferson St.<br>Suite 601<br>Chicago, il 60661-1114 | George Edwards<br>Cole County Collector<br>651 Jackson Ave #124<br>Charleston IL 61920-2053 | GREEN TREE SERVICING L<br>332 MINNESOTA ST STE E610<br>SAINT PAUL MN 55101-1311 |
| Green Tree Servicing LLC<br>C/O Pierce & Associates<br>1 N. Dearborn Ste 1300<br>Chicago, IL 60602-4373 | Green Tree Servicing LLC<br>c/o Heavner, Beyers & Mihlar, LLC<br>Post Office Box 740<br>Decatur, Illinois 62525-0740 | Green Tree Servicing LLC<br>PO BOX 0049<br>Palatine, IL 60055-0001 |
| Hallberg Rentals LLC<br>1977 Water Chase Drive<br>New Lenox IL 60451-4819 | Johnson Blumberg & Associates<br>230 W Monroe Street<br>Suite 1125<br>Chicago IL 60606-4723 | Malena R Hallberg<br>5743 Rosinweed Lane<br>Naperville IL 60564-1635 |
| McHenry Savings Bank<br>353 Bank Drive<br>Mc Henry IL 60050-0506 | North Shore Bank<br>15700 W Bluemound Road<br>Brookfield WI 53005-6073 | Ocwen Federal Bank FSB<br>Attn Floor 5-B<br>P O Box 24737<br>West Palm Beach FL 33416-4737 |
| Ocwen Loan Servicing LLC<br>C/O Potestivo & Associates P.C<br>811 South Blvd<br>Rochester Hills, MI 48307-5359 | Ocwen Loan Servicing, LLC as servicer for DE<br>c/o Codilis and Associates, P.C.<br>15W030 North Frontage Road, Suite 100<br>Burr Ridge, IL 60527-6921 | |
| Peoples Bank & Trust<br>1810 Lincoln Avenue<br>Charleston IL 61920-3032 | Thomas M. Hallberg<br>13366 LaHinch Drive<br>Orland Park, IL 60462-1135 | WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE<br>AMERICAS SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 |
| WELLS FARGO BANK, N.A.<br>c/o Codilis & Associates, P.C.<br>15W030 N. Frontage Road, Suite 100<br>Burr Ridge, IL 60527-6921 | | |